**Mitchell Reed Sussman**  #75107
1053 S. Palm Canyon Dr.
Palm Springs, Ca. 92264
Phone ( 760 ) 325 - 7191

Attorney for Bowers

UNITED STATES BANKRUPTCY

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) No. 6:09-33311SB |
| | ) |
| | ) CHAPTER 13 |
| DARWIN DEAN WEIS | ) |
| and | ) OBJECTION TO CONFIRMATION |
| SHIRLEY BETH WEIS, | ) OF AMENDED CHAPTER 13 PLAN |
| | ) |
| | ) DATE: DEC. 22, 2009 |
| Debtors, | ) TIME: 2:00 p.m. |
| | ) ROOM: 301 |

**Objection to Confirmation of Debtor's Chapter 13 Plan**

COMES NOW Bunny Bowers, the holder of a claim secured by an abstract of judgment against the debtor's real property consisting of approximately 15 acres commonly known as 30750 San Timoteo Canyon Rd., Beaumont, California – Riverside County Assessors Parcel No. 413 - 400 - 002 - 6 ( hereinafter "subject property), objects to the confirmation of debtor's Chapter 13 Plan for the following reasons:

1. Debtors' plan has not been proposed in good faith.

-1-

Objection to Confirmation of Plan

2.  The action of the debtor in the filing the petition was not in good faith.

3.  Debtors' amended plan provides for the sale or refinance of debtors' residence to pay off the secured claim of creditor, Bunny Bowers. However, the amended plan makes no provision for the adequate protection of Bowers claim while the debtor is attempting to sell or refinance the subject property. Additionally, the debtors' amended plan does not provide for a time limit in which the sale or refinance is to take place.

4.  The debtors' schedules are knowingly and willfully false in that they improperly list the principal balance of the first trust deed on the subject property as $160,000.00 when in reality the principal balance is only about $47,000.00.

5.  Debtors' schedules are knowingly and willfully false in that they improperly list the market value of the subject property at $235,000. Objecting party believes that the market value of the subject property is at least $400,000 and are in the process of solicited an offer for the property for approximately $300,000.00.

6.  Debtors' schedules are knowingly and willfully false in that they have intentionally omitted assets, to wit, parcels of real estate located in Arrowbear valued at approximately $100,000.00.

Objection to Confirmation of Plan

WHEREFORE, Bunny Bowers prays that confirmation of Debtor's Chapter 13 Plan be denied.

Dated: November 30, 2009

_____
Mitchell Reed Sussman
Attorney for Bunny Bowers
1053 S. Palm Canyon Dr.
Palm Springs, Ca. 92264

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1053 S. PALM CANYON DR., PALM SPRINGS, CA. 92264

A true and correct copy of the foregoing document described ___DECLARATION IN SUPPORT OF OBJECTION___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 1, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

William E. Windham – ezforms@sbcglobal.net
Rod Danielson – notice-efile@rodan13.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___OCT   2009___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | **DEC 1, 2009** | Type Name **JONI RAVENNA** | *Joni Ravenna* Signature |
|---|---|---|---|