ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No.  **6:09-bk-33311-SB** |
| **DARWIN DEAN WEIS** | |
| **DEAN WEIS** | **TRUSTEE'S REPORT** |
| | |
| **SHIRLEY BETH WEIS** | |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$0.00** per month.

Spouse/other net income is **$3,591.00** per month.

Debtor's Budget shows **$1,156.00** disposable income.

Debtor proposed to pay **\*$885.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **61.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**\*THE PLAN PAYMENT IS $885.00 PER MONTH FOR MONTHS 1-24, $140,472.00 PER MONTH FOR MONTH 25, AND $1,156.00 PER MONTH EACH MONTH THEREAFATER. THE DEBTORS' SHALL AMEND AND SERVE SCHEDULE A AND THE CREDITORS' MATRIX TO LIST  THE ARROWBEAR PROPERTY WITHIN 10 DAYS OF CONFIMATION. THE LANGUAGE LISTED ON THE 2016-B STATEMENT SHALL BE STRICKEN. THE DECLARATION IN RE: TO THE LIMITED SCOPE OF APPERANCE SHALL BE STRICKEN. THE DEBTOR SHALL AMEND AND SERVE SCHEDULE D WITHIN 10 DAYS OF CONFIRMATION TO LIST THOMAS MOORE. BUNNY BOWERS SHALL BE PAID $400.00 PER MONTH ON ITS SECURED CLAIM OF $139,071.74. BUNNY BOWERS SHALL RECEIVE RELIF FROM STAY IN MONTH 25 AND RECEIVE A PAYMENT OF $129,472.00. DEBTORS' SHALL AMEND AND SERVE SCHEDULE B TO PROPERLY LIST TOYOTA TACOMA WITHIN 10 DAYS OF CONFIRMATION. DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  February 1, 2010

_____
Rod Danielson, Chapter 13 Trustee