**Rod Danielson**
**Chapter 13 Trustee**
**4361 Latham Ave., Suite 270**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

To: Clerk, U.S. Bankruptcy Court

Re: UNDISTRIBUTED FUNDS

Case No.: 6:09-bk-33311-CB

Debtor(s): DARWIN DEAN WEIS
SHIRLEY BETH WEIS
30750 SAN TIMATEO CANYON RD
REDLANDS, CA 92373

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| DARWIN DEAN WEIS & SHIRLEY BETH WEIS<br>30750 SAN TIMATEO CANYON RD<br>REDLANDS, CA 92373 | $885.00 |

Dated: 1/26/11

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

ROD DANIELSON, Chapter 13 Trustee Check #: 0339553
Payee: US BANKRUPTCY COURT Date: Jan 26, 2011

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0933311 | DARWIN DEAN & SHIRLEY BETH WEIS | | 00000 | 885.00 | 0.00 | 885.00 |

| PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | TOTALS: | 885.00 | 0.00 | 885.00 |
|---|---|---|---|---|

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
**4361 Latham Street, Suite 270**
**Riverside, CA 92501**
**Tel. (951) 826-8000**

DARWIN DEAN WEIS
SHIRLEY BETH WEIS
BALANCE: [0.00 Claim:00000]
ACCT: CASE: 0933311
PRINCIPAL: 885.00 INTEREST: 0.00

16-4430
1220

1ST ENTERPRISE BANK
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0339553**

| CHECK DATE | AMOUNT |
|---|---|
| Jan 26, 2011 | *********885.00** |

VOID 45 DAYS FROM DATE

**PAY** Eight Hundred Eighty Five And 00 / 100 Dollars

**TO THE ORDER OF**
*US BANKRUPTCY COURT*
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0339553⑈ ⑆122044300⑆ ⑈030⑈100078⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT